IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY 15 2009
CLERK, U.S. DISTRICT C...
ALEXANDRIA, VIRGI...

| | |
|---|---|
| FIRST ASSEMBLY OF GOD OF ALEXANDRIA, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATHEDRAL DESIGN & CONSTRUCTION, INCORPORATED, )<br>)<br>Defendant. ) | Civil Action No. 08-1053 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 20, 2009. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby,

ORDERED that Plaintiff's First Motion for Default Judgment is GRANTED. Judgment is entered in the amount of $165,109.94 plus post-judgment interest accruing at the judgment rate of interest of six percent (6%) in favor of Plaintiff against Defendant. Specifically, Plaintiff is awarded $30,200.00 for the

fees Plaintiff paid to Defendant pursuant to their contract, $25,874.63 for attorney's fees, $103,136.30 in non-refundable acquisition fees to purchase the land related to the assemblage, and $5,899.01 for the interest on the loan Defendant used to finance the land development.

It is further ORDERED that this case is DISMISSED.

                                                  /s/
                                    Claude M. Hilton
                                United States District Judge

Alexandria, Virginia
May _15_, 2009